# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>VERONICA MARTINEZ-ARREDONDO,<br><br>                Defendant. | CASE NO. 12CR3356-H<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21:952 AND 960; 18:2 - IMPORTATION OF METHAMPHETAMINE; AIDING AND ABETTING

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 30, 2012

                                                     DAVID H. BARTICK
                                                   U.S. MAGISTRATE JUDGE